RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Ahmed Kassim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>AHMED KASSIM,<br><br>*Defendant.* | NO. 1:17-po-00218-SAB<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43 (b)(2); ORDER |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

Defendant AHMED KASSIM ("Mr. Kassim") has been advised of his right to be personally present at all stages of the court proceedings in the above entitled misdemeanor action against him involving offenses punishable by fine or by imprisonment for not more than one year, or both. Mr. Kassim hereby waives his right to be present for any of the proceedings in the action and request that the court permit his arraignment, plea, trial and sentencing to occur in his absence pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(2).

Mr. Kassim agrees that his interests in the above entitled action shall be represented by the presence of his attorney, Richard M. Oberto, at all times as if he were personally presence. Mr. Kassim agrees that notice to his attorney that his personal presence is required for a court

hearing at a specific time and place shall be deemed notice to Mr. Kassim of the requirement of his personal presence.

DATED: 11/16/17     /s/ Ahmed Kassim
                    AHMED KASSIM
                    Defendant
                    *Original signature retained by*
                    *attorney Richard M. Oberto*

DATED: 11/16/17     /s/ Richard M. Oberto
                    RICHARD M. OBERTO
                    Attorney for Defendant,
                    Ahmed Kassim
                    *Original signature retained by*
                    *attorney Richard M. Oberto*

## **ORDER**

**IT IS HEREBY ORDERED** that the personal presence of Defendant AHMED KASSIM is waived for all proceedings in this action, **EXCEPT for any PLEA, TRIAL and if convicted SENTENCING**, and that the proceedings for which his personal appearance is waived can occur in his absence pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(2).

IT IS SO ORDERED.

Dated:  **November 16, 2017**
                                          UNITED STATES MAGISTRATE JUDGE